IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:24-cr-20159-LVP-APP |
| | ) | |
| Plaintiff, | ) | Hon. Linda V. Parker |
| | ) | |
| vs. | ) | Magistrate Judge Anthony P. Patti |
| | ) | |
| ENDO HEALTH SOLUTIONS INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S ACKNOWLEDGEMENT OF INFORMATION**

As the duly authorized representative of Endo Health Solutions Inc., I acknowledge that I have received a copy of the criminal Information in the above-captioned case, and that I have read it and understand its contents before entering a plea to the charges contained therein.

I understand that if Endo Health Solutions Inc. pleads guilty or is found guilty at trial, the maximum penalty is a fine of up to $200,000 or the greater of twice the gross gain or twice the gross loss, and probation of up to 5 years.

_____
Matthew J. Maletta
On behalf of Endo Health Solutions Inc.

_____
Carole S. Rendon
Attorney for Endo Health Solutions Inc.

Dated: March 31, 2024