United States District Court
Eastern District of Michigan
Southern Division

United States of America

        Plaintiff,

vs.

Endo Health Solutions Inc.,

        Defendant.

Case No. 2:24-cr-20159

Honorable Linda V. Parker

## Notice of Satisfaction of Judgment

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the $1,086,000,000 fine Judgment (ECF No. 19 at 3) as to defendant Endo Health Solutions Inc. in the above-captioned matter.

Respectfully submitted,

AMANDA N. LISKAMM
Director, Consumer Protection Branch
U.S. Department of Justice

By: *s/Gabriel H. Scannapieco*
GABRIEL H. SCANNAPIECO
Assistant Director

TARA SHINNICK
BENJAMIN CORNFELD
BRANT COOK
COLIN W. TRUNDLE
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
450 5th Street, N.W.
Washington, DC 20001
(202) 532-4665
Gabriel.H.Scannapieco@usdoj.gov

Dated: May 10, 2024

**Certificate of Service**

I hereby certify that on May 10, 2024, I filed the foregoing document using the Court's CM/ECF system, which will send notice to counsel of record in the case.

By: *s/Gabriel H. Scannapieco*
GABRIEL H. SCANNAPIECO
Assistant Director
U.S. Department of Justice
Consumer Protection Branch
450 5th Street, N.W.
Washington, DC 20001
(202) 532-4665
Gabriel.H.Scannapieco@usdoj.gov

Dated: May 10, 2024